Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BRIAN KLEISER; ADVANCED ELECTRICAL CONCEPTS INC. dba MR. ELECTRIC OF CLARK COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br><br>BENJAMIN CHAVEZ; STEPHEN THORNTON; FAITH JEFFREY; THE WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES,<br><br>Defendants. | Case No. 3:20-cv-6079<br><br>ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court upon the parties' Stipulation to File First Amended Complaint (Dkt. No. 14),

Now, therefore, based on the parties' Stipulation, it is hereby,

ORDERED that the Stipulation is approved; it is hereby further,

///

///

ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT - 1
Case No: 3:20-cv-06079
19372005 P07 Order on Stipulation to File First Amended Complaint


ORDERED that Plaintiffs shall file and serve its First Amended Complaint on all parties within fourteen (14) days of entry of this order.

DATED: March 29, 2021

                              s/Barbara J. Rothstein
                              BARBARA J. ROTHSTEIN
                              UNITED STATES DISTRICT COURT JUDGE

Presented by:

THE SCHLOTFELDT LAW FIRM, PLLC

*s/ Rachel J. Goldfarb*

---

RACHEL J. GOLDFARB, WSBA #53180
*Attorney for Plaintiffs*

ROBERT W. FERGUSON
Attorney General

*s/ Jeffrey C. Grant*

---

JEFFREY C. GRANT, WSBA #11046
Assistant Attorney General
*Attorney for Defendants*

ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT - 2
Case No: 3:20-cv-06079
19372005 P07 Order on Stipulation to File First Amended Complaint

THE SCHLOTFELDT LAW FIRM, PLLC
900 Washington Street, Suite 1020
Vancouver, Washington 98660
(360) 699-1201