The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES BRIAN KLEISER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN CHAVEZ, et al.<br><br>Defendants. | NO. 3:20-cv-06079-BJR<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE |

This matter comes before the Court on Defendants' Unopposed Motion to Extend Discovery Deadline for Limited Purpose. Dkt. No. 27. The Court GRANTS the motion and ORDERS that the deposition of Jon Shields may occur on July 27, 2021.

DATED this 13th day of July, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge