**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JAMES BRIAN KLEISER, et al. | NO. 3:20-cv-06079-BJR |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE |
| v. | |
| BENJAMIN CHAVEZ, et al. | |
| Defendants. | |

This Court has considered Defendants' Second Unopposed Motion to Extend Discovery Deadline for Limited Purpose.  Dkt. No. 32.  Finding good cause for this request, the Court GRANTS the motion and ORDERS that the deposition of Jon Shields may occur on August 31, 2021.

DATED:  August 16, 2021

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE [PROPOSED]
NO. 3:20-cv-06079-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | Presented by: |
| 2 | ROBERT W. FERGUSON<br>Attorney General |
| 3 | |
| 4 | */s/ Jeffrey C. Grant*<br>JEFFREY C. GRANT, WSBA #11046<br>jeffrey.grant@atg.wa.gov |
| 5 | *Attorneys for Defendants* |

ORDER GRANTING DEFENDANTS'
SECOND UNOPPOSED MOTION TO
EXTEND DISCOVERY DEADLINE
FOR LIMITED PURPOSE [PROPOSED]
NO. 3:20-cv-06079-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744